Clarisse C. Petersen (SBN 260806)
Jeremy D. Lewis (SBN 332993)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA  92618
Tel:  (949) 885-1360
Fax:  (949) 885-1380
E-mail:  Clarisse.Petersen@jacksonlewis.com
          Jeremy.Lewis@jacksonlewis.com

Attorneys for Defendant WALMART INC.
(erroneously sued as WALMART)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SWANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART; A Corporation Doing Business in California; Supervisor John Doe, an Individual; and DOES 2 through 50, inclusive,<br><br>Defendants. | **CASE NO. 5:22-cv-01554-SSS-SHK**<br><br>[Assigned to Hon. Sunshine Suzanne Sykes and Magistrate Shashi H. Kewalramani]<br><br>**NOTICE OF SETTLEMENT; RESPONSE TO OSC RE SANCTIONS FOR FAILURE TO FILE RULE 26(f) REPORT**<br><br>Complaint Filed:   August 1, 2022 |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to *Central District of California Local Rule* 16-15.7, Plaintiff MICHELLE SWANSON ("Plaintiff") and Defendant WALMART INC. (erroneously sued as WALMART) ("Defendant") (collectively, the "Parties") have reached a settlement resolving the entire case. The Parties and their counsel are preparing and finalizing formal settlement documents. The Parties anticipate that they will file a Stipulation of Voluntary Dismissal of this action pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii)

within ninety (90) days. Accordingly, the Parties request that all upcoming status conferences and hearings in this matter be taken off calendar.

**PLEASE TAKE FURTHER NOTICE** that the Parties are in receipt of the Court's January 23, 2023 Minute Order re Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiff and Defendant's Counsel for Failure to File a Rule 26(f) Report. The Parties respectfully request that no sanctions be issued against either party, in light of the above-mentioned settlement of the entire case.

Dated: January 24, 2023

JACKSON LEWIS P.C.

By: _____
Clarisse C. Petersen
Jeremy D. Lewis

Attorneys for Defendant
WALMART INC.