Clarisse C. Petersen (SBN 260806)
Jeremy D. Lewis (SBN 332993)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA  92618
Tel:         (949) 885-1360
Fax:        (949) 885-1380
E-mail:    Clarisse.Petersen@jacksonlewis.com
              Jeremy.Lewis@jacksonlewis.com

Attorneys for Defendant WALMART INC.
(erroneously sued as WALMART)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SWANSON, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>WALMART; A Corporation Doing Business in California; Supervisor John Doe, an Individual; and DOES 2 through 50, inclusive,<br><br>   Defendants. | **CASE NO. 5:22-cv-01554-SSS-SHK**<br><br>[Assigned to Hon. Sunshine Suzanne Sykes and, Magistrate Shashi H. Kewalramani]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   August 1, 2022 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto, through their undersigned counsel of record, that this above-entitled action may be dismissed in its entirety with prejudice as to all parties and all causes of action, with each party to bear his/its own attorneys' fees and costs.

Dated: March 1, 2023                    M Law Attorneys APC

                                        By:  *NMirzaie*
                                             Narak Mirzaie

                                        Attorney for Plaintiff
                                        MICHELLE SWANSON

| | |
|---|---|
| Dated: March 1, 2023 | Jackson Lewis P.C. |
| | By: *[signature: Jeremy Lewis]* |
| | Clarisse C. Petersen<br>Jeremy D. Lewis |
| | Attorneys for Defendant<br>WALMART INC. |

## SIGNATURE ATTESTATION

    I hereby certify that the content of this document is acceptable to Narak Mirzaie, counsel for Plaintiff, and that I have obtained authorization to affix his electronic signature to this document

| | |
|---|---|
| Dated: March 1, 2023 | By: *[signature: Jeremy Lewis]* |
| | Jeremy D. Lewis<br>JACKSON LEWIS P.C. |

4856-8681-1473, v. 1